UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**FURNELL SEVERIN**                                                          **CIVIL ACTION**

**VERSUS**                                                                   **NO. 09-2766**

**PARISH OF JEFFERSON, ET AL.**                                              **SECTION: "I"(5)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Furnell Severin, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal claims are **DISMISSED WITH PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and/or for seeking monetary against damages defendants who are immune from such relief.

**IT IS FURTHER ORDERED** that plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 22nd day of April, 2009.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**